Christopher B. Dolan, Esq. (SBN 165358)
Quinton B. Cutlip, Esq. (SBN 168030)
Megan R. Irish, Esq. (SBN 271687)
THE DOLAN LAW FIRM
1438 Market Street
San Francisco, California 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

Attorneys for Plaintiffs
JAMES SMITH and JA.S. by and
through their mother and guardian
TERESA SMITH

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SMITH, a handicapped adult, and JA.S., a minor; all by and through their mother and guardian TERESA SMITH,<br><br>  Plaintiffs<br><br>  v.<br><br>CITY OF STOCKTON; ERIC JONES, individually and in his capacity as Chief of the Stockton Police Department; HOUSTON SENSABAUGH, individually; TRAVIS WEBER, individually; T. REES, individually; BENJAMIN RATZLAFF, individually; KENNY HOANG MINH PHAM, individually; and DOES 1 to 100.<br><br>  Defendants. | Case No.  2:15-CV-02511-MCE-AC<br><br>**ORDER GRANTING TERESA SMITH'S PETITION TO BE APPOINTED GUARDIAN AD LITEM FOR <u>JA.S., A MINOR</u>**<br><br>**[Per FRCP 17(c) and Local Rule 202(a)]** |

Having considered the petition to appoint guardian ad litem and the supporting documentation, the Court, finds that it is reasonable and necessary to appoint a guardian ad litem for JA.S. for purposes of this litigation.

///

IT IS HEREBY ORDERED that Teresa Smith is hereby appointed as the guardian ad litem for

Order Appointing Guardian Ad Litem for JA.S.   1.

JA.S. for the purposes of pursuing and resolving JA.S.' claims in this litigation and for purposes of petitioning this court for an order approving any settlement of this litigation on behalf of JA.S.

IT IS SO ORDERED.

Dated: February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

Order Appointing Guardian Ad Litem for JA.S.   2.