1  Christopher B. Dolan, Esq. (SBN 165358)
   Quinton B. Cutlip, Esq. (SBN 168030)
2  Megan R. Irish, Esq. (SBN 271687)
   THE DOLAN LAW FIRM
3  1438 Market Street
   San Francisco, California 94102
4  Tel: (415) 421-2800
5  Fax: (415) 421-2830

6  Attorneys for Plaintiffs
   JAMES SMITH and JA.S. by and
7  through their mother and guardian
   TERESA SMITH
8

9
                    UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 JAMES SMITH, a handicapped adult, and  )  Case No.  2:15-CV-02511-MCE-AC
   JA.S., a minor; all by and through their )
13 mother and guardian TERESA SMITH,      )  **ORDER GRANTING TERESA SMITH'S
                                          )  PETITION TO BE APPOINTED
14              Plaintiffs                )  GUARDIAN AD LITEM FOR <u>JAMES
                                          )  SMITH</u>, A MENTALLY
15      v.                                )  INCOMPETENT ADULT**
                                          )
16 CITY OF STOCKTON; ERIC JONES,          )  **[Per FRCP 17(c) and Local Rule 202(a)]**
   individually and in his capacity as Chief of )
17 the Stockton Police Department;        )
   HOUSTON SENSABAUGH, individually;      )
18 TRAVIS WEBER, individually; T. REES,   )
19 individually; BENJAMIN RATZLAFF,       )
   individually; KENNY HOANG MINH         )
20 PHAM, individually; and DOES 1 to 100. )
                                          )
21              Defendants.               )
22 _____)

23     Having considered the petition to appoint guardian ad litem and the supporting

24 documentation, the Court, finds that it is reasonable and necessary to appoint a guardian ad litem

25 for James Smith for purposes of this litigation.
26
   ///
27
   IT IS HEREBY ORDERED that Teresa Smith is hereby appointed as the guardian ad litem for
28

_____
Order Appointing Guardian Ad Litem for James Smith   1.

James Smith for the purposes of pursuing and resolving James Smith's claims in this litigation and for purposes of petitioning this court for an order approving any settlement of this litigation on behalf of James Smith.

IT IS SO ORDERED.

Dated: February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

_____
Order Appointing Guardian Ad Litem for James Smith   2.