1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

| | |
|---|---|
| JAMES SMITH, a handicapped adult and JA.S., a minor; all by and through their mother and guardian TERESA SMITH,<br><br>      Plaintiffs<br><br> v.<br><br>CITY OF STOCKTON; ERIC JONES, individually and in his capacity as Chief of the Stockton Police Department; HOUSTON SENSABAUGH, individually; TRAVIS WEBER, individually; T. REES, individually; BENJAMIN RATZLAFF, individually; KENNY HOANG MINH PHAM, individually; and DOES 1 to 100.<br><br>      Defendants. | Case No.  2:15-CV-02511-MCE-AC<br><br>**ORDER GRANTING PETITION TO ESTABLISH A SPECIAL NEEDS TRUST FOR JAMES SMITH**<br><br>**[U.S.D.C., E.D. Cal. Local Rule 202]**<br><br>**Date:**   **May 5, 2016**<br>**Time:**   **2:00 p.m.**<br>**Judge:**   **Hon. Morrison C. England, Jr.**<br>**Courtroom: 7** |

22

23

24

25

26

27

28

   Plaintiffs' Petition to Establish A Special Needs Trust for James Smith came on for hearing.  Plaintiffs were represented by Quinton B. Cutlip, Esq., of the Dolan Law Firm and Kevin Urbatsch, Esq., of the Urbatsch Law Firm.  There was no opposition to the petition.  Having considered the papers presented in support of the petition, the Court issues the following findings and orders:

///

1.  Notice of this petition has been given in the manner required by law;

_____

Order Establishing James Smith's Special Needs Trust.   1

2. The Court authorizes the establishment of the James Smith Special Needs Trust, as attached here as **Exhibit A** and Teresa Smith, is directed to execute it as Settlor;

3. The James Smith Special Needs Trust shall be under the continuing jurisdiction of Alameda County Probate court where the principal place of administration will occur;

4. After payment of the personal injury Medi-Cal lien, the payment of all monies due plaintiff in the settlement shall be paid directly to the Trustee of the James Smith Special Needs Trust;

5. Herb Thomas shall serve as the initial Trustee of the James Smith Special Needs Trust with bond to be filed in the amount required by California Rules of Court 7.207;

6. James Smith has a disability that substantially impairs his ability to provide for his own care or custody, and constitutes a substantial handicap;

7. James Smith is likely to have special needs that will not be met without the trust;

8. The money to be paid to the trust does not exceed the amount that appears reasonably necessary to meet James Smith's special needs;

9. The Trustee of the James Smith Special Needs Trust is authorized to invest in mutual funds and bonds with maturity dates greater than five years;

10. The Trustee of the James Smith Special Needs Trust is authorized to spend up to $7,500 for James Smith's moving expenses, including security deposits and other expenses related to finding a new residence;

11. The Court approves and directs the payment of $4,810.00 to The Urbatsch Law Firm, P.C., for their legal services rendered to Petitioner.

IT SO ORDERED.

Dated:  May 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____
Order Establishing James Smith's Special Needs Trust.   2