UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SMITH, by and through Guardian Ad Litem Teresa Smith; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF STOCKTON; et al., <br><br> Defendants. | No. 2:15-cv-02511-MCE-AC <br><br> **ORDER** |

The Court has received an email correspondence from the guardian ad litem, which has been filed on the Court's docket. ECF No. 20. This Court lacks jurisdiction over the administration of the underlying Special Needs Trust, which is under the ongoing jurisdiction of the Alameda County Probate Court. As such, all further correspondence regarding the administration of that trust will be summarily disregarded.

IT IS SO ORDERED.

Dated: April 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1